UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LYDIA O. MANLANGIT and OSCAR T. MANLANGIT | NO. CIV. 2:10-1225 WBS DAD |
| Plaintiffs, | ORDER |
| v. | |
| NATIONAL CITY MORTGAGE, an Ohio corporation, PNC MORTGAGE, an Ohio corporation itself and as parent/successor in interest to NATIONAL CITY MORTGAGE, CAL-WESTERN RECONVEYANCE CORPORATION and DOES 1-10 | |
| Defendants. / | |

----oo0oo----

Plaintiffs Lydia O. Manlangit and Oscar T. Manlangit brought this action against defendants National City Mortgage, PNC Mortgage, and Cal-Western Reconveyance Corporation ("Cal-Western") arising out of defendants' allegedly wrongful attempt to foreclose on plaintiffs' home.  Presently before the court is

1

defendant PNC Bank National Association's ("PNC") motion to dismiss plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.[1]  Defendant Cal-Western has not joined the motion.  Plaintiffs filed a statement of non-opposition to the motion.  Because plaintiffs do not oppose the motion, it will be granted.

     IT IS THEREFORE ORDERED that defendant PNC's motion to dismiss plaintiffs' Complaint be, and the same hereby is, GRANTED; and the complaint is hereby DISMISSED as against National City Bank, National City Mortgage, PNC Mortgage, and PNC Bank National Association.

DATED:   September 27, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] PNC Bank National Association is the successor by merger to National City Bank, previously doing business as "National City Mortgage," and named in the Complaint as "National City Mortgage" and "PNC Mortgage."