UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LYDIA O. MANLANGIT and OSCAR T. MANLANGIT, | CASE NO. CIV 2:10-1225 WBS DAD |
| Plaintiffs, | |
| v. | ORDER |
| NATIONAL CITY MORTGAGE, an Ohio corporation, PNC MORTGAGE, an Ohio corporation itself and as parent/successor in interest to NATIONAL CITY MORTGAGE, CAL-WESTERN RECONVEYANCE CORPORATION and DOES 1-10, | |
| Defendants. _____/ | |
| LYDIA O. MANLANGIT and OSCAR T. MANLANGIT, | CASE NO. CIV 2:11-01618 JAM EFB |
| Plaintiffs | |
| v. | |
| NATIONAL CITY MORTGAGE, a division of NATIONAL CITY BANK, CAL-WESTERN RECONVEYANCE CORPORATION, and DOES 1-250 inclusive, | |
| Defendants. _____/ | |

1 |       The court has received the Notice of Related Cases
2 | concerning the above-captioned cases filed on June 17, 2011.  <u>See</u>
3 | Local Rule 83-123.  The court has, however, determined that it is
4 | inappropriate to relate or reassign the cases at this time, and
5 | therefore declines to do so.  This Order is issued for
6 | informational purposes only and shall have no effect on the
7 | status of the cases, including any previous Related (or Non-
8 | Related) Case Order of this court.
9 |       IT IS SO ORDERED.
10 | DATED: June 21, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE